Opinion of February 27, 2003, Withdrawn; Dismissed and Opinion filed
March 6, 2003









Opinion of February 27, 2003,
Withdrawn; Dismissed and Opinion filed March 6, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-00515-CV

____________

 

JAMES
M. DARTEZ and ESTHER BENAVIDES, ET AL., Appellants

 

V.

 

COLONIAL
PIPELINE COMPANY; TEXACO, INC., TEXACO PIPELINE, INC.; TEXACO PIPELINE COMPANY,
INC., and TEXACO CHEMICAL PIPELINE COMPANY, Appellees

 



 

On
Appeal from the 295th District Court

Harris
County, Texas

Trial
Court Cause No. 94-52872

 



 

M E M O R A N D U M  O P I N I O N

The opinion of February 27, 2003, is withdrawn and this
opinion is issued in place of the prior opinion.

This is an appeal from a judgment signed April 15, 2002. 

On March 3, 2003, appellant filed a motion to dismiss the
appeal because the parties have settled the case.  See Tex.
R. App. P. 42.1.  The motion is
granted.








Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Opinion
filed March 6, 2003.

Panel consists of Justices
Anderson, Seymore, and Guzman.